NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARQUEL JOVAN VERNETT, )
 )
   Appellant, )
 )
v. )  Case No. 2D18-372
 )
STATE OF FLORIDA, )
 )
   Appellee. )
_____)

Opinion filed March 8, 2019.

Appeal from the Circuit Court for Manatee
County; Edward Nicholas, Judge.

Howard L. Dimmig, II, Public Defender, and
Megan Olson, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rachel Kamoutsas,
Assistant Attorney General, Miami, for
Appellee.


PER CURIAM.


   Affirmed.


KHOUZAM, SALARIO, and BADALAMENTI, JJ., Concur.